(No. 713—Claim denied.)

WILL & BAUMER CANDLE CO., INC., Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed March 10, 1927.*

FRANCHISE TAX—*when court without jurisdiction to refund.* The decision of the court announced in the case of *Moline Plow Co.* v. *State, supra,* governs this claim.

ALBERT J. WILL, for claimant.

OSCAR E. CARLSTROM, Attorney General; EDWARD C. FITCH, Assistant Attorney General, for respondent.

Mr. CHIEF JUSTICE CLARITY delivered the opinion of the court:

For the reasons set forth in the opinion filed in this court in the case of *Moline Plow Company* v. *State of Illinois,* No. 687a, this claim is disallowed.

---

(No. 783—Claim denied.)

DEARBORN CHEMICAL COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed March 10, 1927.*

FRANCHISE TAX—*when court without jurisdiction.* The decision of the court announced in the case of *Moline Plow Co.* v. *State, supra,* governs this claim.

MILLS & HOWE, for claimant.

OSCAR E. CARLSTROM, Attorney General; EDWARD C. FITCH, Assistant Attorney General, for respondent.

Mr. CHIEF JUSTICE CLARITY delivered the opinion of the court:

For the reasons set forth in the opinion filed in this court in the case of *Moline Plow Company* v. *State of Illinois,* No. 687a, this claim is disallowed.